```
          IN THE UNITED STATES DISTRICT COURT FOR THE
                  SOUTHERN DISTRICT OF GEORGIA
                        AUGUSTA DIVISION
```

CYNERGY, LLC, as successor  \*
in interest to FARMERS      \*
STATE BANK,                 \*
                            \*
         Plaintiff,         \*
                            \*
     v.                     \*       CV 110-068
                            \*
FIRST AMERICAN TITLE        \*
INSURANCE COMPANY,          \*
                            \*
         Defendant.         \*

## O R D E R

Plaintiff Cynergy, LLC ("Cynergy") appealed this Court's Order granting summary judgment in favor of Defendant First American Title Insurance Company ("First American") as to all claims (doc. 46). Upon review of the appeal, the Eleventh Circuit remanded the case to this Court for the limited purpose of making a factual determination as to whether diversity jurisdiction exists in the case, in accordance with 28 U.S.C. § 1332. (Doc. no. 54.) In response to this Court's subsequent Order (doc. no. 55), the parties have stipulated to the names and citizenship of Cynergy's members (doc. no. 56). This showing, coupled with the lack of any evidence in the record that the parties have changed citizenship since the claims were


first filed, leads the Court to determine, by a preponderance of the evidence, that complete diversity of citizenship obtained at all relevant times during these proceedings. The Court, therefore, concludes that § 1332 federal jurisdiction over the case has been established.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of March, 2012.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA